# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAIME FIGUEROA SALGADO,

    Plaintiff,

v.

HIS COMP LLC d/b/a H.I.S. COMP, LLC, B-E CONTROLS LLC, and GERALD T. THULL,

    Defendants.

Case No. 23-CV-1672-JPS

**ORDER**

On June 10, 2024, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 17. Defendants have not filed an answer or a motion for summary judgment. Accordingly, the Court will adopt the notice and dismiss this action with prejudice and without costs.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal, ECF No. 17, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** this action be and the same is hereby **DISMISSED with prejudice and without costs**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2024.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge